UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARC S. WEINBERG<br><br>Plaintiff<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC. and EQUIFAX, INC.<br>Defendants. | : | CIVIL ACTION NO.: |

**NOTICE OF REMOVAL**

TO: Honorable Chief Judge and Judges of the
United States District Court

Porsche Cars North America, Inc., ("PCNA") and Porsche Financial Services, Inc., ("PFS") the Defendants in the above-captioned action, hereby file this Notice of Removal of this action from the Superior Court of the State of Rhode Island to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §1441, and in support thereof avers as follows:

1. As appears from the docket, files and records of the Providence Superior Court, the above-captioned action was commenced against PCNA and PFS on or about September 14, 2007.

2. On September 17,2007, the Plaintiff served PCNA by causing a copy of the Summons and Complaint to be served on PCNA's agent for service of process in Rhode Island.

3. No further proceedings have been had in Providence Superior Court in connection with the above-captioned action.

4. The above-captioned action is a civil action alleging violation of the Fair Debt Collection Practices Act, 15 USC §1692, et seq. The Complaint also alleges claims of negligence and unfair trade practices against PCNA and PFS.

5. This Court has original jurisdiction of the above-entitled action, pursuant to 28 U.S. C. §1331, and the action may therefore be removed to this Court, pursuant to 28 U.S.C. §1441 (b).

6. This Notice of Removal is filed within thirty (30) days of receipt of the Summons and Complaint in this action by PCNA.

WHEREFORE, PCNA and PFS pray for removal of the above-captioned action from the Superior Court of State of Rhode Island to the United States District Court for the District of Rhode Island.

**PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC.,**

By Its Attorney,

Timothy J. Duggan, Esq. (#4574)
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood, MA 02062
T: (781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on Girard R. Visconti, Visconti & Boren, Ltd, 55 Dorrance Street, Providence, RI 02909 on October 17, 2007.

Timothy J. Duggan