UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 389

| | | |
|---|---|---|
| MARC S. WEINBERG<br><br>Plaintiff<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC. and EQUIFAX, INC.<br>Defendants. | : | CIVIL ACTION NO.: |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO: Girard R. Visconti, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

PLEASE TAKE NOTICE that on October 17, 2007, Porsche Cars North America, Inc. and Porsche Financial Services, Inc., the Defendants in the above-captioned action, filed a Notice of Removal, copies of which are attached hereto, of the above-captioned action to the United States District Court for the District of Rhode Island.

You are also advised that Defendant, on filing such Notice of Removal in the Office of the Clerk of the United States District for the District of Rhode Island, also filed copies thereof with the Clerk of Providence Superior Court to effect removal pursuant to 28 U.S.C. §1446 (d).

**PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC.,**

By Its Attorney,

Timothy J. Duggan, Esq. (#4574)
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood, MA 02062
T: (781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on Girard R. Visconti, Visconti & Boren, Ltd, 55 Dorrance Street, Providence, RI 02909 on October 17, 2007.

Timothy J. Duggan