STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 07-389S

Case ID: PC-2007-4850 MARC WEINBERG V PORSCHE CARS N A

Filing Date: 09-13-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECEPTIVE TRADE PRACTICE
Status Date: 10-17-2007

Plaintiff: MARC WEINBERG
ID: @10928244
Attorney: GIRARD VISCONTI

Defendant: PORSCHE CARS NORTH AMERICA INC
ID: @10928245
Attorney: DAVID FINE

Defendant: PORSCHE FINANCIAL SERVICES INC
ID: @10928247

Defendant: EQUIFAX INC
ID: @10928248

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-13-2007 | COMPLAINT FILED | |
| 09-13-2007 | INITIAL FILING FEE | |
| 09-13-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP256470. |
| 09-19-2007 | SUMMONS,PROOF OF SERVICE FILED | TO EQUIFAX INC AND PORSCHE FINANCIAL SERVICES AND PORSCHE CARS OF NORTH AMERICA 3 FILED |
| 10-17-2007 | NOTICE OF REMOVAL | Affiliated: PORSCHE CARS NORTH AMERICA INC |
| 10-17-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #CA 07 389* Affiliated: PORSCHE CARS NORTH AMERICA INC |
| 10-17-2007 | OTH DOC FILED DURING DISCOV | |

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island