UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARC S. WEINBERG | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO.: |
| vs. | : | |
| | : | |
| PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC. and EQUIFAX, INC. | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Timothy J. Duggan, Esq., on behalf of the Defendant, Equifax, Inc. in the above referenced case. The undersigned is familiar with the case and represents the other named defendants in this action.

**EQUIFAX, INC.**

By Its Attorney,

/s/ Timothy J. Duggan
Timothy J. Duggan, Esq. (#4574)
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood, MA 02062
T: (781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on Girard R. Visconti and David Fine of Visconti & Boren, Ltd, 55 Dorrance Street, Providence, RI 02909 on November 7, 2007.

/s/Timothy J. Duggan
Timothy J. Duggan