UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARC S. WEINBERG | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO.: 07-389S |
| vs. | : | |
| | : | |
| PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC. and EQUIFAX, INC. | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, Marc S. Weinberg and the defendants, Porsche Cars North America, Inc., Porsche Financial Services, Inc. and Equifax, Inc., by and through their counsel in the above-referenced matter agree that the case be dismissed with prejudice and without costs to any party. Each party expressly waives all rights to appeal.

**MARC S.WEINBERG,**

By Her Attorney,

/s/Girad R. Visconti
Girard R. Visconti, #0566
Visconti & Boren Ltd
55 Dorrance Street
Providence, RI02903
(401)331-3800

**PORSCHE CARS NORTH AMERICA, INC., PORSCHE FINANCIAL SERVICES, INC., AND EQUIFAX, INC.,**

By Their Attorney,

/s/Timothy J. Duggan
Timothy J. Duggan, #4574
Duggan & Caccavaro
520 Providence Highway, Ste 4
Norwood, MA 02062
(781)762-0077

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served via efile on January 9 , 2008 upon:

Girard R. Visconti, Esq.
David Fine, Esq.
Visconti & Boren Ltd
55 Dorrance Street
Providence, RI 02903

/s/ Timothy J. Duggan
Timothy J. Duggan